WATSON E. PELTON, Appellant, *v.* CITY OF GENEVA, Respondent.

Submitted November 12, 1940; decided November 19, 1940.

*Earl W. Murray* for motion.

*Albert G. Kirby, City Attorney,* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that if there is a substantial question of constitutional law the appeal lies as of right.

In the Matter of the Estate of IRVING I. BLOOMINGDALE, Deceased.

RICHMOND J. REESE, as Executor of IRVING I. BLOOMINGDALE, Deceased, Appellant; DONALD BLOOMINGDALE, et al., Respondents.

Submitted November 12, 1940; decided November 19, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 755.)